**UNITED STATES COURT OF APPEALS**

**For the Fifth Circuit**

No. 95-40041

Summary Calendar

JOE REEVES,

Plaintiff-Appellant,

VERSUS

N A PETTCOX, Hearing Office,
Coffield Unit, ET AL.,

Defendants-Appellees.

Appeal from the United States District Court
For the Eastern District of Texas
(No. 6:92-CV-174)

(June 15, 1995)

Before JONES, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Appellant Joe Reeves appeals the judgment of the district court, which denied him all relief requested in his civil rights complaint brought pursuant to 42 U.S.C. § 1983. We DISMISS the appeal for the following reasons:

---

[*] Local Rule 47.5 provides:
"The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."
Pursuant to that Rule, the Court has determined that this opinion should not be published.

This Court cannot review the errors complained of without a transcript of the bench trial that was conducted with the consent of the parties before a magistrate judge. Reeves has not requested the transcript to be a part of the appellate record, although it is his duty as an appellant to provide a transcript of all relevant evidence to support his appellate argument. See Fed. R. App. P. 10 (b)(2); Powell v. Estelle, 959 F.2d 22, 26 (5th Cir.), cert. denied, 113 S.Ct. 668 (1992). Not having provided the necessary transcript, the appeal is DISMISSED.[1]

---

[1] See Richardson v. Henry, 902 F.2d 414, 416 (5th Cir. 1990), cert. denied, 498 U.S. 901 (1990) & 498 U.S. 1069 (1991).